31 WEST EIGHTY-SIXTH STREET CORPORATION, Respondent, v. JOSEPH G. SIEGEL, INC., and JOSEPH G. SIEGEL, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ROSE WEISS, Respondent, v. ÆTNA CASUALTY AND SURETY COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Charges against AARON M. BLATTMAN, Appellant. JOSEPH E. CORRIGAN, Chief Magistrate of the City of New York, Respondent.— Upon the merits there should be an affirmance of the determination appealed from. No authority, however, is given under the statute* for a direct appeal from the decision of the chief city magistrate to this court. In order to review such decision the appellant should have brought proceedings in certiorari. Appeal dismissed, with ten dollars costs and disbursements to the respondent. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Estate of ALFRED FANTL, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondent payable out of the estate. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MARION HUMBERT, Respondent, v. JOHN HORACE HUMBERT, Appellant.— Order entered February 25, 1931, modified by reducing the amount directed to be paid to the plaintiff for her support and maintenance to the sum of fifty dollars per week, and by reducing the amount of counsel fee to the sum of five hundred dollars, and as so modified affirmed, without costs; and appeal from order entered March 3, 1931, dismissed. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM H. WATERS, INC., Appellant, v. MARTIN MARCH and Others, Respondents.— Under section 149 of the Civil Practice Act, a new and further undertaking and additional security should be furnished. The former surety having become insolvent, we think this section applies to the present situation. Order reversed, with ten dollars costs and disbursements to the appellant, and motion granted. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOHN S. STUM, Respondent, v. RAY H. ARNOLD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the exami-

---

* See Inf. Crim. Cts. Act of City of New York (Laws of 1910, chap. 659), § 103, as amd. by Laws of 1930, chap 568.— [REP.